# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of January, two thousand twenty-five.

_____

Emin Demiral,

      Petitioner,                              **ORDER**

v.                                                       Docket No. 20-1026

Merrick B. Garland, United States Attorney General

      Respondent.

_____

This appeal was withdrawn subject to reinstatement upon terms agreed to by the parties. Counsel for the Petitioner has submitted a timely notice of reinstatement.

IT IS HEREBY ORDERED that the appeal is reinstated.

                                                          For the Court:
                                                          Catherine O'Hagan Wolfe,
                                                          Clerk of Court

